## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES ex rel. GREGG JONES, : <br> BASSEM AWAD AND PAUL FUNK, : <br>  : <br> Plaintiffs/Relators, : <br>  : <br> v. : <br>  : <br> L-3 COMMUNICATIONS : <br> CORPORATION, : <br>  : <br> Defendant : <br>  : <br> _____: | Case No. 1:09-cv-1098 TSE |

### STIPULATION OF DISMISSAL WITH PREJUDICE

All matters in controversy in this action having been resolved prior to any answer or motion for summary judgment, it is stipulated by and between Gregg Jones, Bassem Awad and Paul Funk and L-3 Communications Corporation, through the Plaintiffs' counsel of record, that this action be, and the same hereby is, dismissed <u>with prejudice</u> as to Plaintiffs/Relators and Defendant, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The parties will bear their respective costs.

The parties understand that, though not a party to this action, this matter is dismissed <u>without prejudice</u> as to the United States.

This, the 7th day of November, 2011.

      /s/
**MURPHY ANDERSON PLLC**
Mark Hanna (VSB No. 45442)
1701 K Street, NW, Ste. 210
Washington, DC 20006
(202) 223-2620 (Telephone)
(202) 223-8651 (Facsimile)
mhanna@murphypllc.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Edward W. Ciolko
Joshua C. Schumacher
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706 (Telephone)
(610) 667-7056 (Facsimile)
eciolko@ktmc.com
jschumacher@ktmc.com

*Counsel for Relators Gregg Jones, Bassem Awad and Paul Funk*

SO ORDERED:

DATE:_____     _____
                         T.S. Ellis, III, United States District Judge

### CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 7th day of November, 2011, a copy of the foregoing document was served upon, and electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to, the following counsel of record:

Gerard J. Mene
Peter Sangjin Hyun
United States Attorneys
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
Gerard.Mene@usdoj.gov
Peter.Hyun@usdoj.gov

Art J. Coulter
U.S. Department of Justice
Civil Division
Ben Franklin Station, P.O. Box 261
Washington, DC 20044
Art.Coulter@usdoj.gov

      The undersigned hereby certifies that on the 8th day of November, 2011, a copy of the foregoing document was served upon:

W. Jay DeVecchio
JENNER & BLOCK, LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
JDeVecchio@jenner.com

Counsel for L-3 Communications Corporation

By: /s/
**MURPHY ANDERSON PLLC**
Mark Hanna (VSB No. 45442)
1701 K Street, NW, Ste. 210
Washington, DC 20006
(202) 223-2620 (Telephone)
(202) 223-8651 (Facsimile)
mhanna@murphypllc.com