IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Jones, Awad, and Funk, | ) ) ) |
| Plaintiff/Relators, | ) ) ) CIVIL ACTION NO. 1:09cv1098-TSE |
| v. | ) ) |
| L-3 COMMUNICATIONS CORP., | ) ) |
| Defendant. | ) |

### NOTICE OF CONSENT TO DISMISSAL

On November 7, 2011, pursuant to Fed. R. Civ. P. 41(a), relators filed a notice of voluntary dismissal of this civil action filed pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b) without prejudice as to the United States.  Section 3730(b)(1) of the Act provides, however, that "[t]he action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."

The United States investigated the allegations contained in the relators' complaint (and amendments thereto) and based upon the results of that investigation, the United States notified the Court that it declined to intervene in this litigation.  Given the results of the government's investigation and the government's decision not to intervene, the United States has no objection to the dismissal of this action so long as the dismissal is without prejudice to the United States.

Dated: November 8, 2011

Respectfully submitted,

Tony West
Assistant Attorney General
Civil Division

Neil H. MacBride
United States Attorney

By:

_____/s/_____
Joyce R. Branda
Patricia A. Davis
Art J. Coulter
U.S. Department of Justice
Civil Division
Counsel for the United States
Post Office Box 261
Ben Franklin Station
Washington, DC  20044
Tel:  (202) 307-0264
Fax:  (202) 514-0280
Art.Coulter@usdoj.gov

By:

_____/s/_____
Peter S. Hyun
Assistant U.S. Attorney
Counsel for the United States
2100 Jamieson Ave
Alexandria, VA 22314
Tel:  (703) 299-3737
Fax:  (703) 299-3983
Peter.Hyun@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2011, a copy of the foregoing document was served upon, and electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to, the following counsel of record:

**Mark Hanna**
Murphy Anderson PLLC
1701 K St NW
Suite 210
Washington, DC 20006
(202) 223-1057
Fax: (202) 223-8651
Email: mhanna@murphypllc.com
Counsel for Relators

I further certify that the foregoing document was mailed by United States' mail, postage prepaid, this 8th day of November 2011, addressed to:

W. Jay DeVecchio
JENNER & BLOCK, LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
JDeVecchio@jenner.com
Counsel for Defendant

_____/s/_____
Peter S. Hyun
Assistant U.S. Attorney
Counsel for the United States
2100 Jamieson Ave
Alexandria, VA 22314
Tel: (703) 299-3737
Fax: (703) 299-3983
Peter.Hyun@usdoj.gov